# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Travelers Indemnity Company of America, | ) ) ) | JUDGMENT IN CASE |
| Plaintiff, | ) ) | 5:19-cv-00017-KDB-DCK |
| vs. | ) ) | |
| Schwarz & Schwarz, LLC, et al, Defendant(s). | ) ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 4, 2020 Order.

February 4, 2020

_____
Frank G. Johns, Clerk
United States District Court